HELMUTH GEORGE LANG, Respondent, v. VILLAGE OF LANCASTER and CITIZENS HOSE COMPANY, Appellants.— Motion for a reargument denied; motion for leave to appeal to the Court of Appeals denied. Lewis, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LESLIE J. SCHUYLER, Appellant, v. MARIE W. THOMAS, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Lewis, J., not sitting.

LEROY ERTEL, Respondent, v. GEORGE BECK, Appellant.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Lewis, J., not sitting.

In the Matter of FRANCIS PRESTON, an Attorney at Law.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Lewis, J., not sitting.

In the Matter of GEORGE R. GRAVES, an Attorney at Law.—Application for reinstatement denied. Lewis, J., not sitting.

THE NEW YORK TRUST COMPANY, Appellant, Respondent, v. PERCY W. HORTON and Others, Appellants, Respondents, and JOHN ST. OURS and Others, Defendants.— Judgment modified so as to make the direction for the sale conform to the provisions of section 1082 of the Civil Practice Act, and as so modified affirmed, without costs on this appeal. All concur.

ELI BUDD, as Limited Administrator, etc., of CHARLES BUDD, Deceased, Appellant, v. MARTHA NELLIS, Respondent, and Another, Defendant.— Judgment affirmed, with costs. All concur, Lewis, J., not sitting.

COLUMBIA CASUALTY COMPANY, Respondent, v. NINA SPRAGUE MILLER, Appellant.— Judgment affirmed, with costs. All concur.

MARY V. LOVE, as Administratrix, etc., of TIMOTHY A. LOVE, Deceased, Respondent, v. BALTIMORE AND OHIO RAILROAD COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

GEORGE W. GASS, Respondent, v. AGATE ICE CREAM, INC., Appellant, and ELMER E. MAHER, Defendant.*— Judgment and order affirmed, with costs. All concur, except Sears, P. J., who dissents and votes for reversal on the facts and a new trial unless plaintiff stipulates a reduction of the verdict to the sum of $100.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LESLIE CURLEY, Appellant.— Judgment of conviction modified by reducing the sentence to the time already served and as modified affirmed. All concur, Lewis, J., not sitting.

MAX COHEN and Others, Respondents, v. A. KITTLEBERGER & SONS., INC., and Others, Defendants, Impleaded with ADOLPH A. KITTLEBERGER, Appellant.— Judgment affirmed, with costs. All concur.

HENRY GEE, Respondent, v. THE MERCHANTS DESPATCH TRANSPORTATION COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concur.

MINNIE F. CLEVELAND, as Administratrix, etc., Appellant, v. TOWN OF LANCASTER, Respondent, and TOWN OF CHEEKTOWAGA and Another, Defendants.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted. Lewis, J., not sitting.

In the Matter of the Application of SAM ROBERTS for the Removal from Office of FRANK E. ROWE, a Justice of the Peace of the Town of Bath, Steuben County, N. Y.— Report of referee confirmed and proceeding dismissed.

* Revd., 264 N. Y. 141.